FILED
GREAT FALLS DIV.

2011 JAN 26 PM 3 36

PATRICK E. DUFFY, CLERK

BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| IN RE MONTANA WILDERNESS ASSOCIATION<br><br>*This Document Relates to All Actions* | No. CV-09-95-GF-SEH<br><br>ORDER |

Upon the record made in open court on January 19, 2011,

ORDERED:

1. Standing to sue of all Plaintiffs is not contested.

2. Federal Defendants' Motion to Strike Extra-Record Evidence[1] is GRANTED.

3. Summary judgment briefs and declarations of Western Watershed Project[2] and Montana Wilderness Association[3] are stricken.

---

[1] Document No. 105 in CV-09-95-GF-SEH, Document No. 100 in CV-09-96-GF-SEH, and Document No. 69 in CV-10-04-GF-SEH

[2] Document Nos. 89-1, 89-2, 91, 92, 92-1, 92-2, 92-3, and 92-4 in CV-09-95-GF-SEH and Document Nos. 53-1, 53-2, 55, 56, 56-1, 56-2, 56-3, and 56-4 in CV-10-04-GF-SEH

[3] Document Nos. 95, 95-1, and 95-2 in CV-09-95-GF-SEH, Document Nos. 90, 90-1, and 90-2 in CV-09-96-GF-SEH, and Document Nos. 59, 59-1, and 59-2 in CV-10-04-GF-SEH

4. Western Watershed Project and Montana Wilderness Association will have until February 11, 2011, to file replacement briefs in support of their respective summary judgment motions.

5. Federal Defendants and Intervenors-Defendants will have until March 11, 2011, to file response briefs.

6. Reply briefs are optional. See L. R. 7.1(d)(1)(C), (D).

7. Federal Defendants' Motion to Extend Word Limit[4] is DENIED as moot.

8. Intervenors-Defendants' Motion to Extend Word Limit[5] is DENIED as moot.

DATED this 26th day of January, 2011.

*SAM E. HADDON*
United States District Judge

---

[4] Document No. 119 in CV-09-95-GF-SEH, Document No. 113 in CV-09-96-GF-SEH, and Document No. 83 in CV-10-04-GF-SEH

[5] Document No. 120 in CV-09-95-GF-SEH, Document No. 114 in CV-09-96-GF-SEH, and Document No. 84 in CV-10-04-GF-SEH